UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WALTER E. CRAIG, <br><br> Plaintiff, <br><br> v. <br><br> EMILY W. MURPHY, Administrator of General Services Administration, <br><br> Defendant. | CIVIL ACTION NO. <br><br> 1:17-CV-5112-CAP |

# **O R D E R**

This action is before the court on the Report and Recommendation ("R&R") of the magistrate judge, which recommends granting the defendant's motion for summary judgment [Doc. No. 66]. The plaintiff has filed no objections to the R&R. Finding no error, the court ADOPTS the R&R as the order and opinion of this court.

**SO ORDERED** this 17th day of June, 2020.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge