UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WALTER E. CRAIG,

    Plaintiff,

vs.

TIMOTHY O. HORNE,
Acting Administrator, General
Services Administration,

    Defendant.

CIVIL ACTION FILE
NO. 1:17-cv-05112-CAP

## J U D G M E N T

This action having come before the court, Charles A. Pannell, Jr., Senior United States District Judge, for consideration of the Report and Recommendation of Magistrate Judge Justin S. Anand, recommending granting defendant's Motion for Summary Judgment, and the court having approved and adopted said report and recommendation as the order of this court, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 17th day of June, 2020.

                              JAMES N. HATTEN
                              CLERK OF COURT

                         By:  s/ Traci Clements-Campbell
                                 Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
    June 17, 2020
James N. Hatten
Clerk of Court

By: s/ Traci Clements-Campbell
    Deputy Clerk